UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| ) | 3:06-cv-00609-LRH-VPC |
| Plaintiff,          ) | |
| ) | MINUTE ORDER |
| vs.          ) | |
| ) | March 26, 2008 |
| LLOYD R. BRETTHAUER, et al.,          ) | |
| ) | |
| Defendants.          ) | |
| ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

MINUTE ORDER IN CHAMBERS:

　　　Before the court is Defendants' Ex Parte Motion for Extension to File Response to Plaintiff's Motion for Summary Judgment (#54), Plaintiff opposed (#55) and Defendants replied (#57).  Good cause appearing,

　　　Defendants' motion (#54) is GRANTED.  Defendants shall file and serve their response to Plaintiff's Motion for Summary Judgment (#54) up to and including April 28, 2008.

　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　　　By:          /s/
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk