UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:06-cv-00609-LRH-VPC |
| ) Plaintiff, ) | |
| ) | MINUTE ORDER |
| vs. ) | |
| ) | April 28, 2008 |
| LLOYD R. BRETTHAUER, et al., ) | |
| ) Defendants. ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Before the court is Defendants' Ex Parte Motion for Extension to File Response to Plaintiff's Motion for Summary Judgment (Second Request) (#62).  Good cause appearing,

    Defendants' Ex Parte Motion for Extension to File Response to Plaintiff's Motion for Summary Judgment (#62) is GRANTED.  Defendants shall have until Friday, May 2, 2008, to file and serve their response to Plaintiff's Motion for Summary Judgment (#49).  No further extensions will be granted.

    IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:       /s/
    Deputy Clerk