UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LLOYD R. BRETTHAUER et al.,<br><br>　　　　Defendants. | 3:06-CV-00609-LRH-VPC<br><br>ORDER |

On October 6, 2008, this court entered an order of judicial sale authorizing judicial foreclosure of real property located at 328 Seminole Way, Zephyr Cove, Nevada and 7248 Blue Falls Circle, Reno, Nevada. The court's order requires the properties to be vacated by November 5, 2008. On October 24, 2008, Defendants filed an Emergency Motion for Stay Pending Appeal (#93[1]).

Because of the immediacy of the events decreed by this court's order, the court will shorten the time allowed for the Government's response to Defendants' motion. The Government shall have until November 4, 2008, to respond to the present motion, and Defendants shall have until November 6, 2008, to reply. The court will stay its October 6, 2008, order of judicial sale until the court has decided the present motion for stay pending appeal.

---

[1] Refers to the court's docket

1    IT IS THEREFORE ORDERED that the Government shall have until November 4, 2008, to
2 respond to the Emergency Motion for Stay Pending Appeal, and Defendants shall have until
3 November 6, 2008, to reply.
4    IT IS FURTHER ORDERED that this court's October 6, 2008, order of judicial sale is
5 STAYED until this court has decided the Emergency Motion for Stay Pending Appeal.
6    IT IS SO ORDERED.
7    DATED this 28th day of October, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2